# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Lee Miller,<br><br>　　　　Petitioner,<br><br>v.<br><br>Mark Gutierrez,<br><br>　　　　Respondent. | No. CV-22-00293-TUC-JAS<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge MacDonald that recommends granting Petitioner's Motion to Dismiss (Doc. 16). A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge MacDonald's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

///
///
///
///
///

Accordingly, **IT IS ORDERED** as follows:

(1) Magistrate Judge MacDonald's Report and Recommendation (Doc. 18) is accepted and adopted.

(2) Petitioner's Motion to Dismiss (Doc. 16) is granted.

(3) This case is referred back to Magistrate Judge MacDonald.

Dated this 29th day of March, 2023.

Honorable James A. Soto
United States District Judge